## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINEEN CHERYLANN ETIENNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUNTER INGALLS )<br>INDUSTRIES, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 22-3011 (UNA) |

### MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and for the following reasons, will dismiss the complaint without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff purports to bring a civil rights action under 42 U.S.C. § 1983 against a private corporation and, it appears, three of its officers, who allegedly have caused a multitude of harms, including attempted murder, stalking, property damage, and violations of rights protected under the First and Fifth Amendments to the United States Constitution.  There are few factual allegations, however, and what factual allegations there are, taken together, are not sufficient to put defendants on notice of the claims against them.

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a).  Therefore, the Court will dismiss the complaint without prejudice.  An Order is issued separately.


DATE: October 28, 2022

COLLEEN KOLLAR-KOTELLY
United States District Judge